1  Eric Clyde Freeman
2  T332685  2-C-2.30
3  201 S. 4th Ave
4  Phoenix, AZ  85009
5  Plaintiff, Pro-Per

FILED ___ LODGED
RECEIVED ___ COPY

JUL 0 7 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| 9  Eric Clyde Freeman | No. CV-17-01790-PHX-GMS (BSB) |
| 10       Plaintiff, | |
| 11  V. | Screening |
| 12  Phoenix Police Department, | |
| 13       Defendant | |

14        Plaintiff, Eric Clyde Freeman, Through
15  Pro-Per Counsel, Respectfully come befor Honorable District
16  Court Judge G. Murray Snow, Respectfully Requests That
17  The Court's in responce To The Defendant's Request To
18  Screen The Plaintiff's Complaint Pursuant To 28 U.S.C. §1915A
19  To Ask The Defendant To Produce any and all bodyCam Footage
20  From The Arrest in witch This claim arises.
21        The Defendant, City of Phoenix Police Department,
22  Through counsel Shannon M. Bell is asking That a screening
23  order be issued Pursuant To 28 U.S.C. §1915A(a) To identify
24  any Cognizable Claims and Dismiss any Claims That are
25  Frivolous, or Malicious.
26        The Defendant Feels That This is a Frivolous,
27  or malicious Case Then I'm sure They Can Produce The
28  Evidence of The bodyCams From The Officers involved

Case 2:17-cv-01790-GMS   Document 7   Filed 07/07/17   Page 2 of 3

1

2  in the arrest to the court so they can prove there

3  was no wrong doing and that this is a frivolous claim.

4        The Plaintiff here comes before you to say that

5  This case is not smoke and mirrors and is not frivolous. I

6  will prove with evidence that I do have a case and that I'm

7  not useing the courts as a play ground in an attempt to

8  cover up my wrong doing's.

9

10  Dated this 30Th day of June,

11

12                    Signature: Eric Freeman   6/30/17

13                              Eric Clyde Freeman
                               Plaintiff.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# MARICOPA COUNTY SHERIFF'S OFFICE

# <u>CERTIFICATION</u>

I hereby certify that on this date _____ **July 3, 2017** _____

I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

√   Hon   __G. Murray Snow_____   United States District Court, District of Arizona.

___   Hon   _____   United States District Court, District of Arizona.

___   Attorney General, State of Arizona,   _____

___   Judge   _____   Superior Court, Maricopa County, State of Arizona.

___   County Attorney, Maricopa County, State of Arizona   _____

___   Public Defender, Maricopa County, State of Arizona   _____

___   Attorney   _____

___   Other   _____

___   _____

___   _____


_____a. Callaghan_____          **B3853**
Legal Support Specialist Signature                 S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009