OFFICE OF THE CITY ATTORNEY
BRAD HOLM, City Attorney
State Bar No. 011237
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Telephone (602) 262-6761
law.civil.minute.entries@phoenix.gov

Shannon M. Bell Bar No. 018403
Assistant City Attorney
Attorney for Defendants James Smoke, Christopher Tiona, and Alex Moggel

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Eric Clyde Freeman, | No. CV-17-01790-PHX-GMS (BSB) |
|---|---|
| Plaintiffs, | **NOTICE OF SERVICE OF DEFENDANTS' INITIAL DISCLOSURE STATEMENT** |
| vs. | |
| Phoenix Police Department, | (Assigned to the Honorable G. Murray Snow) |
| Defendants. | |

Defendants, City of Phoenix, by and through undersigned counsel, gives notice that, Defendants' Initial Disclosure Statement dated September 20, 2018, was mailed to Plaintiff on September 20, 2018.

. .

. .

OFFICE OF THE CITY ATTORNEY
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

DATED this 20th day of September, 2018.

BRAD HOLM, City Attorney

By _/s/ Shannon M. Bell_
Shannon M. Bell
Assistant City Attorney
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Attorney for Defendants James Smoke,
Christopher Tiona, and Alex Moggel

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2018, I served the attached Notice of Service and Defendants' Initial Disclosure Statement, by mail to the following, who is not a registered participant of the CM/ECF System:

Eric Clyde Freeman
#228547 HB07
1752 E. Arica Road
Eloy, Arizona 85131
Plaintiff(s) Pro Per


By: _/s/ Carol Aparicio_
SB2:ca
2070080v1